## PESNELL v. THE STATE.

(Decided June 10, 1915.)

APPEAL from Cleburne Circuit Court.

Heard before Hon. HUGH D. MERRILL.

JOHNSON & McMAHAN, J. R. BARKER, and P. F. WHARTON, for appellant. W. L. MARTIN, Attorney General, and W. H. MITCHELL, Assistant Attorney General, for the State.

THOMAS, J.—Dismissed under Rule 26, Supreme Court. Practice, on the authority of *Clark v. State,* 8 Ala. App. 105; 62 South. 987.

## MORRIS v. THE STATE.

(Decided June 10, 1915.)

APPEAL from Randolph Circuit Court.

Heard before Hon. J. J. CURTIS.

No counsel marked for appellant. W. L. MARTIN, Attorney General, and W. H. MITCHELL, Assistant Attorney General, for the State.

THOMAS, J.—Bill of exceptions stricken on the authority of *Harper v. State, infra,* 69 South. 302. Affirmed.

## SMITH v. THE STATE.

(Decided June 17, 1915.)

APPEAL from Covington Circuit Court.

Heard before Hon. H. A. PEARCE.

A. WHALEY, for appellant. W. L. MARTIN, Attorney General, and W. H. MITCHELL, Assistant Attorney General, for the State.

THOMAS, J.—Affirmed on authority of *Hodge v. State,* 11 Ala. App. 185, 65 South. 676; *Watson v. State,* 11 Ala. App. 199, 65 South. 689; *Herring v. State,* 11 Ala. App. 202, 65 South. 707, and *Stokes v. State, infra,* 69 South. 303.